**2002–1371.   State ex rel. Anderson v. Wilkinson.**

Franklin App. No. 02AP–147. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due October 15, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

   IT IS ORDERED by the court that this cause be, and hereby is, dismissed, sua sponte.

**2002–1679.   State ex rel. Bain Bldrs., Inc. v. Boyko.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint application for dismissal,

   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

# MEDIATION REFERRALS

   The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–1454.   State ex rel. Weist v. Cuyahoga Cty. Bd. of Commrs.**

In Mandamus.

